# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

**IN RE:** Mary Lindsay

)
)     **Bankruptcy No.** 12 B 10754
)
**Debtor(s)**     )
)

## NOTICE AND ORDER ON TRUSTEE'S FINAL REPORT

TO:    See Attached Service List

Please take notice that the Court will call the above-captioned case for another status hearing on **February 28, 2013 at 10:30 a.m.** In courtroom 682 of the Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois. The Chapter 7 Trustee, Phillip D. Levey is ordered to appear and provide a status at that time.

ENTER:

_____
Jack B. Schmetterer
United States Bankruptcy Judge

Date: January 3, 2013