UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
LINDSAY, MARY § Case No. 12-10754
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Phillip D. Levey, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Kenneth Gardner
U.S. Bankruptcy Court Clerk
219 South Dearborn Street- 7th Floor
Chicago, IL  60614

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 07/25/2013 in Courtroom 682,

United States Courthouse
219 South Dearborn Street
Chicago, IL  60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____       By: Kenneth S. Gardner_____
                                              Clerk, U.S. Bankruptcy Court

*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
 §
LINDSAY, MARY § Case No. 12-10754
 §
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 7,800.00 |
| and approved disbursements of | $ | 49.75 |
| leaving a balance on hand of[1] | $ | 7,750.25 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Phillip D. Levey | $ 1,530.00 | $ 0.00 | $ 1,530.00 |
| Trustee Expenses: Phillip D. Levey | $ 35.84 | $ 0.00 | $ 35.84 |
| Attorney for Trustee Fees: Phillip D. Levey | $ 1,530.00 | $ 0.00 | $ 1,530.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 3,095.84 |
| Remaining Balance | | $ | 4,654.41 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

_____
[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 68,637.31 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | PYOD, LLC its successors and assigns as assignee | $ 35,595.56 | $ 0.00 | $ 2,413.79 |
| 000002 | US BANK N.A. as Servicer | $ 8,645.42 | $ 0.00 | $ 586.26 |
| 000003 | Asset Acceptance LLC assignee GEMB | $ 12,845.95 | $ 0.00 | $ 871.11 |
| 000004 | American Express Centurion Bank | $ 9,230.43 | $ 0.00 | $ 625.93 |
| 000005 | Portfolio Recovery Associates, LLC | $ 2,319.95 | $ 0.00 | $ 157.32 |
| | Total to be paid to timely general unsecured creditors | | | $ 4,654.41 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

UST Form 101-7-NFR (5/1/2011) (Page: 3)

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Phillip D. Levey
Trustee's Counsel

*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:  Case No. 12-10754-JBS
Mary Lindsay  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1   User: esullivan   Page 1 of 3   Date Rcvd: Jun 25, 2013
                      Form ID: pdf006    Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 27, 2013.
```
db         +Mary Lindsay,   6110 Newbury Ln,   Matteson, IL 60443-2298
18643077   +AMEX,   Attn: Bankruptcy Dept.,   Po Box 297871,   Fort Lauderdale, FL 33329-7871
20305456    American Express Centurion Bank,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
18643058   +BANK OF America, N.A.,   C/O Bank of New York Mellon,   450 American St,
             Simi Valley, CA 93065-6285
18643080   +Blatt, Hasenmiller, Leibsker,   & Moore,   125 S. Wacker Dr. Suite 400,   Chicago, IL 60606-4440
18643068   +Blitt and Gaines, PC,   Bankruptcy Department,   661 Glenn Ave.,   Wheeling, IL 60090-6017
18643075   +CBNA,   Attn: Bankruptcy Dept.,   Po Box 6497,   Sioux Falls, SD 57117-6497
18643078   +CITI,   Attn: Bankruptcy Dept.,   Po Box 6241,   Sioux Falls, SD 57117-6241
18643063   +Chase BANK USA N.A.,   C/O Portfolio Recvry&Affil,   120 Corporate Blvd Ste 1,
             Norfolk, VA 23502-4962
18643059   +Clerk, Chancery,   Doc#11CH30650,   50 W. Washington St., Room 802,   Chicago, IL 60602-1305
18643079   +Clerk, First Mun Div,   Doc # 11 M1 156167,   50 W. Washington St., Rm. 1001,
             Chicago, IL 60602-1316
18643067   +Clerk, First Mun Div,   Doc #11M1124254,   50 W. Washington St., Rm. 1001,
             Chicago, IL 60602-1316
18643072   +Equifax,   Attn: Bankruptcy Dept.,   PO Box 740241,   Atlanta, GA 30374-0241
18643073   +Experian,   Attn: Bankruptcy Dept.,   PO Box 2002,   Allen, TX 75013-2002
18643060   +Fisher and Shapiro LLC,   Bankruptcy Department,   2121 Waukegan Road # 301,
             Bannockburn, IL 60015-1831
18643076   +Lexus FSB,   Attn: Bankruptcy Dept.,   Po Box 108,   Saint Louis, MO 63166-0108
18643081   +Morghan Gleason,   Fish Law,   2821 North Halsted,   Chicago, IL 60657-5105
20377121  ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
            (address filed with court: Portfolio Recovery Associates, LLC,
             successor to CHASE BANK USA, N.A.,   POB 41067,   Norfolk, VA 23541)
18643065   +Toyota Motor Credit Company,   Attn: Bankruptcy Dept.,   1111 W 22Nd St Ste 420,
             Oak Brook, IL 60523-1959
18643074   +Transunion,   Attn: Bankruptcy Dept.,   PO Box 1000,   Chester, PA 19016-1000
20123909    US BANK N.A. as Servicer,   for LEXUS FINANCIAL SERVICES,   BANKRUPTCY DEPARTMENT,
             P.O. BOX 5229,   CINCINNATI, OH 45201-5229
18643057   +Wffinance,   Attn: Bankruptcy Dept.,   800 Walnut St,   Des Moines, IA 50309-3504
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
18643062   +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Jun 26 2013 01:53:22     Asset Acceptance LLC,
             Attn: Bankruptcy Dept.,   Po Box 2036,   Warren, MI 48090-2036
20166952    E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Jun 26 2013 01:53:22
             Asset Acceptance LLC assignee  GEMB,   PO Box 2036,   Warren, MI 48090-2036
18643069   +E-mail/Text: bankruptcydpt@mcmcg.com Jun 26 2013 01:53:34     Citibank USA N.A,
             C/O Midland Credit MGMT IN,   8875 Aero Dr,   San Diego, CA 92123-2251
18643064   +E-mail/Text: bknotice@erccollections.com Jun 26 2013 02:07:47     DISH Network,
             C/O Enhanced Recovery CO L,   8014 Bayberry Rd,   Jacksonville, FL 32256-7412
18643070   +E-mail/Text: bankruptcydpt@mcmcg.com Jun 26 2013 01:53:34     GE Money BANK,
             C/O Midland Credit MGMT IN,   8875 Aero Dr,   San Diego, CA 92123-2251
18643066   +E-mail/Text: bankruptcydpt@mcmcg.com Jun 26 2013 01:53:34     HSBC BANK Nevada N.A.,
             C/O Midland Credit MGMT IN,   8875 Aero Dr,   San Diego, CA 92123-2251
20085691   +E-mail/Text: resurgentbknotifications@resurgent.com Jun 26 2013 01:50:58
             PYOD, LLC its successors and assigns as assignee,   of Citibank, N.A.,
             Resurgent Capital Services,   PO Box 19008,   Greenville, SC 29602-9008
18643061   +E-mail/Text: bknotice@erccollections.com Jun 26 2013 02:07:47     Sprint,
             C/O Enhanced Recovery CO L,   8014 Bayberry Rd,   Jacksonville, FL 32256-7412
                                                                                              TOTAL: 8
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
18643071*  +GE Money BANK,   C/O Midland Credit MGMT IN,   8875 Aero Dr,   San Diego, CA 92123-2251
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-1          User: esullivan           Page 2 of 3            Date Rcvd: Jun 25, 2013
                              Form ID: pdf006           Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 27, 2013**                    **Signature:**   *Joseph Speetjens*

```
District/off: 0752-1          User: esullivan            Page 3 of 3              Date Rcvd: Jun 25, 2013
                              Form ID: pdf006            Total Noticed: 30
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 24, 2013 at the address(es) listed below:
        Juan M Villalpando    on behalf of Debtor Mary  Lindsay ndil@geracilaw.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
        Phillip D Levey, ESQ    on behalf of Trustee Phillip D Levey, ESQ levey47@hotmail.com
        Phillip D Levey, ESQ    levey47@hotmail.com,  plevey@ecf.epiqsystems.com
        Phillip D Levey, ESQ    on behalf of Attorney Phillip D Levey levey47@hotmail.com, plevey@ecf.epiqsystems.com
        TOTAL: 5